# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC<br>on its own behalf and as assignee<br>and subrogee of United Natural<br>Foods, Inc.<br><br>          Plaintiff,<br>v.<br><br>See World Logistics LLC<br><br>          Defendant. | No. |

## COMPLAINT

Now comes Plaintiff, COYOTE LOGISTICS, LLC (hereinafter referred to as "COYOTE" or "Plaintiff"), by and through its attorneys, Joel H. Steiner and Axelrod, Goodman, Steiner & Bazelon, and complains of Defendant, See World Logistics LLC (hereinafter referred to as "See World" or Defendant") as follows:

1. Plaintiff is a limited liability company having its principal place of business at Chicago, Illinois.

2. Plaintiff is a property broker licensed by United States Department of Transportation, Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by for hire carriers in interstate or foreign commerce.

3. See World is a SC limited liability company having its principal place of business in Columbia, SC and a registered agent in Crestwood (Cook County, IL.

4. See World is a for-hire motor carrier of property operating in interstate commerce subject to the jurisdiction of and operating pursuant to a registration issued by the FMCSA in Docket No. MC - 945582.

5. This Court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337 and 49 U.S.C. §14706.

6. See World was both the receiving carrier and the delivering carrier as those terms are used in 49 U.S.C. §14706. See World is authorized to operate as an interstate motor carrier within the United States Judicial District for the Northern District of Illinois. Further, a contract between the See World and Coyote concerning transportation of freight requires all legal actions between See World and Coyote to be brought and maintained in Cook County, Illinois.

7. On or about September 19, 2017 Plaintiff, in its capacity as a broker, on behalf of its customer United Natural Foods, Inc. ("United"), tendered to See World a shipment of freight (foodstuffs for human consumption) for transportation in interstate and foreign commerce from Canton, MA to Chesterfield, NH (the shipment).

8. At the time that the shipment was tendered to and received by See World it was

in good order and condition and at the correct temperature.

9. See World acknowledged receipt of the shipment in good order and condition and correct temperature on the bill of lading it issued therefor.

10. See World failed to deliver the shipment to the consignee thereof in the same good order and condition and correct temperature as when See World received the shipment. Rather See World delivered the shipment in a damaged, off temperature and totally worthless condition.

11. The value of the goods comprising the shipment and Plaintiff's full actual loss on account of See World's failure to deliver the shipment in the same good order, condition and proper temperature as when received was $49,545.88. Plaintiff has paid to its customer, United, the owner of the shipment an agreed sum in exchange for the assignment of all of their/its right, title and interest in and to the subject shipment and the claim therefor.

12. Plaintiff has made frequent and repeated demands upon See World to pay it for its full actual loss, which is the cost of the product of $49,545.88, on account of the delivery of the shipment in a damaged, off temperature and worthless condition, which See World has failed and refused to pay, all to Plaintiff's damage.

13. Pursuant to 49 U.S.C. § 14706, See World is liable to Plaintiff for its full actual loss on account of the damage to shipment, which is $49,545.88.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC, prays for a judgment in its favor and against Defendant, See World Logistics LLC, in the amount of $49,545.88 plus interest, costs and attorney's fees.

                        COYOTE LOGISTICS, LLC

                        By: /S/ *Joel H. Steiner*
                             Joel H. Steiner,
                             One of its Attorneys
                             ARDC# 2720108

OF COUNSEL:

Axelrod, Goodman, Steiner & Bazelon
200 West Madison Street - Suite 685
Chicago, Illinois 60606
(312) 236-9375
(312) 236-9375 - fax
jhs1@att.net